United States District Court
Southern District of New York
------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 1/16/08

PATRICIA TOMASSI

04 CIV 2383 (LAK)

                       Plaintiff

against

INSIGNIA FINANCIAL GROUP, INC
and RESIDENTIAL MANAGEMENT
GROUP, LLC (formerly known as INSIGNIA
RESIDENTIAL GROUP, INC.

                       Defendant

Docket Number

------------------------------------X

    This cause having duly come on to be heard before me and the attorneys for all parties having appeared and advised the Court for $2,500,000 (c) that all claims asserted herein have been settled, It is

    ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either side.

DATED: 1/14/08

Hon. Lewis A. Kaplan, U.S.D.J.

I hereby consent to the entry of this proposed order:

_____     _____
Attorney for Plaintiff                        Attorney for Defendant

Note:  Consent should be signed by the responsible Attorney for each side and not a firm name.